- Query
- Reports
- Utilities
- Help
- What's New
- Log Out
-

---

TERMINATED

# U.S. Court of International Trade
# LIVE Database (New York)
# CIT DOCKET FOR CASE #: 1:22-cv-00299-TMR

Southern Cross Seafoods, LLC v. United States et al
**Assigned to:** Timothy M. Reif
**Lead Docket:**

**Jurisdiction:**
28USC § 1581(i) Residual Jurisdiction

**Date Filed:** 10/12/2022
**Jury Demand:** No

**Category:**
Revenue from Imports or Tonnage 28USC § 1581(i)(1)

**Date Terminated:** 12/27/2023

**Date Reopened:**

**Agency:**
U.S. Department of Commerce

**Does this action raise an issue of constitutionality?:** N

**Product Description:**
Dissostichus eleginoides toothfish

**Export Country:**
(Not Applicable)

**<u>Plaintiff</u>**

**Southern Cross Seafoods, LLC** represented by **David Edward Bond**
White & Case, LLP
701 Thirteenth Street, NW.
1100
Washington, DC 20005-3807
(202) 729-2480
Fax: (202) 639-9355
Email: dbond@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**Cristina M. Cornejo**
White & Case, LLP
701 Thirteenth Street, NW.
Washington, DC 20005
(202) 729-2980
Fax: (202) 639-9355
Email: cristina.cornejo@whitecase.com
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

**Earl Wells Comstock**
White & Case, LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
(202) 317-1433
Fax: (202) 639-9355
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Lucius B. Lau**
White & Case, LLP
701 Thirteenth Street, NW.
Washington, DC 20005-3807
(202) 626-3696
Fax: (202) 639-9355
Email: alau@whitecase.com
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**<u>Defendant</u>**

**United States** represented by **Sosun Bae**
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 305-7568
Fax: (202) 514-8624
Email: sosun.bae@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***ATTORNEY IN SEALED GROUP***
***Bar Status: ACTIVE***

**<u>Defendant</u>**

**National Marine Fisheries Service** represented by **Keith A. Hagg**

Attorney-Advisor
NOAA Office of General Counsel
1315 East West Highway
Ste Morton Street NW.
Silver Spring, DC 20910
(301) 713-2231
Email: keith.hagg@noaa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***Bar Status: ACTIVE***

**Sosun Bae**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
***REGISTERED CONFIDENTIAL FILER***
***Bar Status: ACTIVE***

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2022 | 1 | Summons . Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Bond, David) (Entered: 10/12/2022) |
| 10/12/2022 | 2 | **[***NOTE: THIS DOCUMENT HAS BEEN SEALED AND SUPERSEDED BY DOC # 6***]** Public Complaint against National Marine Fisheries Service, United States. Answer due by 12/12/2022. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC.(Bond, David) Modified on 10/13/2022 (Taronji, Steve). (Entered: 10/12/2022) |
| 10/12/2022 | 3 | Form 5 Information Statement . Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Bond, David) (Entered: 10/12/2022) |
| 10/12/2022 | 4 | Form 13 Corporate Disclosure Statement . Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Bond, David) (Entered: 10/12/2022) |
| 10/12/2022 | 5 | Certificate of service (related document(s) 1 , 4 , 3 ). Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Bond, David) (Entered: 10/12/2022) |
| 10/12/2022 | 6 | Public Complaint against National Marine Fisheries Service, United States. Answer due by 12/12/2022. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC.(Bond, David) (Entered: 10/12/2022) |
| 10/17/2022 | 7 | Form 11 Notice of Appearance . Filed by Sosun Bae of U.S. Department of Justice on behalf of United States.(Bae, Sosun) (Entered: 10/17/2022) |
| 10/19/2022 | 8 | Order entered on 10/19/2022 assigning action to Judge Timothy M. Reif.(Cheevers, Casey) (Entered: 10/19/2022) |
| 10/19/2022 | 9 | Consent Motion for protective order . Responses due by 11/9/2022. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Attachments: # 1 Proposed Order)(Bond, David) (Entered: 10/19/2022) |
| 10/20/2022 | 10 | Rule 16 notice . (Cheevers, Casey) (Entered: 10/20/2022) |
| 10/20/2022 | 11 | Order entered on 10/20/2022 granting Motion for protective order (Related Doc # 9 ). (Cheevers, Casey) (Entered: 10/20/2022) |

| | | |
|---|---|---|
| 10/21/2022 | 12 | Consent Motion for leave to *file corrected Complaint*. Responses due by 11/14/2022. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Attachments: # 1 Proposed Order)(Bond, David) (Entered: 10/21/2022) |
| 10/21/2022 | 13 | Order entered on 10/21/2022 granting Motion for leave to file (Related Doc # 12 ). ORDERED that Southern Cross may file a corrected public version of its complaint with its motion for leave within two business days of the date of this Order. (Cheevers, Casey) (Entered: 10/21/2022) |
| 10/25/2022 | 14 | Public Complaint *(Corrected)* against National Marine Fisheries Service, United States. Answer due by 12/12/2022. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC.(Bond, David) Modified on 10/25/2022 (Cheevers, Casey). (Entered: 10/25/2022) |
| 11/21/2022 | 15 | Motion to Expedite *Briefing and Consideration*. Responses due by 12/12/2022. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Attachments: # 1 Proposed Order)(Bond, David) (Entered: 11/21/2022) |
| 11/28/2022 | 16 | Response *in Opposition* to motion *to expedite* (related document(s) 15 ). Filed by Sosun Bae of U.S. Department of Justice on behalf of United States.(Bae, Sosun) (Entered: 11/28/2022) |
| 12/01/2022 | 17 | AT&T Telephone Conference set for 12/6/2022 at 10:00 AM. (Hugh, Lewis) (Entered: 12/01/2022) |
| 12/02/2022 | 18 | Form 11 Notice of Appearance *for Earl Comstock*. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC.(Bond, David) (Entered: 12/02/2022) |
| 12/02/2022 | 19 | Motion for leave to *file reply to Defendant's Response to Plaintiff's Motion to Expedite*. Responses due by 12/23/2022. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC.(Bond, David) (Entered: 12/02/2022) |
| 12/06/2022 | 20 | AT&T Teleconference held on 12/6/2022 at 10:00 a.m.. *Appearance Sheet attached*. (Chien, Jason) (Entered: 12/06/2022) |
| 12/06/2022 | 21 | Order entered on 12/6/2022 Denying Motion to Expedite and Motion for Leave to File Reply. UPON CONSIDERATION of Plaintiff's Motion to Expedite Briefing and Consideration ("Motion") pursuant to Rule 3(g) of the U.S. Court of International Trade ("USCIT"), and Parties' Teleconference on December 6, 2022, addressing the Motion and in consideration of all other papers and proceedings herein, it is hereby ORDERED that the Motion is denied; ORDERED that Plaintiff's Motion for Leave to File Reply to Defendant's Response to Plaintiff's Motion to Expedite is denied; and ORDERED that parties file a joint proposed briefing schedule on or before December 9, 2022, with respect to defendants' anticipated motion to dismiss. (Related Doc #s 15 , 19 ) (Chien, Jason) (Entered: 12/06/2022) |
| 12/09/2022 | 22 | Joint status report and proposed briefing schedule. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Attachments: # 1 Proposed Order) (Bond, David) (Entered: 12/09/2022) |
| 12/12/2022 | 23 | Order entered on 12/12/2022 GRANTING 22 Joint status report and proposed briefing schedule: Deadline for Government to File Administrative Record set for December 16, 2022; Deadline for Government to File Motion to Dismiss set for December 19, 2022; Deadline for Southern Cross to File Response to Motion to Dismiss set for January 13, 2023; Deadline for Government to File Reply in Support of Motion to Dismiss set for January 27, 2023(Hugh, Lewis) (Entered: 12/12/2022) |
| 12/16/2022 | 24 | Administrative record for Defendants filed . Filed by Sosun Bae of U.S. Department of Justice on behalf of United States. (Bae, Sosun) (Entered: 12/16/2022) |
| 12/19/2022 | 25 | Motion to dismiss case . Response to Dispositive Motion due by 1/13/2023. Filed by Sosun Bae |

| | | |
|---|---|---|
| | | of U.S. Department of Justice on behalf of United States.(Bae, Sosun) Modified on 12/20/2022 (Hugh, Lewis). (Entered: 12/19/2022) |
| 01/13/2023 | 26 | Response *in opposition* to motion *to dismiss* (related document(s) 25 ). Replies due by 1/27/2023. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Attachments: # 1 Proposed Order)(Bond, David) Modified on 1/13/2023 (Hugh, Lewis). (Entered: 01/13/2023) |
| 01/13/2023 | 27 | Certificate of Compliance (related document(s) 26 ). Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Bond, David) (Entered: 01/13/2023) |
| 01/27/2023 | 28 | Reply *in support of motion to dismiss* (related document(s) 26 ). Filed by Sosun Bae of U.S. Department of Justice on behalf of United States.(Bae, Sosun) (Entered: 01/27/2023) |
| 01/31/2023 | 29 | Form 11 Notice of Appearance . Filed by Cristina M. Cornejo of White & Case, LLP on behalf of Southern Cross Seafoods, LLC.(Cornejo, Cristina) (Entered: 01/31/2023) |
| 01/31/2023 | 30 | Motion for oral argument on Motion to Dismiss . Responses due by 2/21/2023. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Attachments: # 1 Proposed Order)(Bond, David) (Entered: 01/31/2023) |
| 03/01/2023 | 31 | Order entered on 3/1/2023 granting Motion for oral argument (Related Doc # 30 ). An oral argument is scheduled for 6/21/2023 at 10:00 AM in Courtroom No. 1 before Timothy M. Reif. (Hugh, Lewis) (Entered: 03/01/2023) |
| 06/14/2023 | 32 | Letter filed by The Honorable Timothy M. Reif concerning *Oral Argument Questions*. (Hugh, Lewis) (Entered: 06/14/2023) |
| 06/16/2023 | 33 | Form 11 Notice of Appearance . Filed by Keith A. Hagg of NOAA Office of General Counsel on behalf of All Defendants.(Hagg, Keith) (Entered: 06/16/2023) |
| 06/19/2023 | 34 | **[***NOTE: THIS DOCUMENT HAS BEEN SUPERSEDED BY DOC # 37***]** Confidential Motion to supplement *the administrative record*. Responses due by 7/10/2023. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Attachments: # 1 Proposed Order)(Bond, David) Modified on 6/21/2023 (Hugh, Lewis). (Entered: 06/19/2023) |
| 06/19/2023 | 35 | **[***NOTE: THIS DOCUMENT HAS BEEN SUPERSEDED BY DOC # 37***]** Public Motion to supplement *the administrative record* (related document(s) 34 ). Responses due by 7/10/2023. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Attachments: # 1 Proposed Order)(Bond, David) Modified on 6/21/2023 (Hugh, Lewis). (Entered: 06/19/2023) |
| 06/19/2023 | 36 | **[***NOTE: THIS DOCUMENT HAS BEEN SUPERSEDED BY DOC # 37***]** Motion to supplement *the administrative record*. Responses due by 7/10/2023. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Attachments: # 1 Proposed Order)(Bond, David) Modified on 6/21/2023 (Hugh, Lewis). (Entered: 06/19/2023) |
| 06/20/2023 | 37 | Motion to supplement *the administrative record*. Responses due by 7/11/2023. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Proposed Order)(Bond, David) (Entered: 06/20/2023) |
| 06/21/2023 | 38 | Oral Argument held on 6/21/2023 at 10:00am in Courtroom 1. *Appearance Sheet attached*. (Hugh, Lewis) (Entered: 06/21/2023) |
| 06/27/2023 | 39 | Consent Motion for extension of time until 7/24/2023 to respond to motion *to supplement* (related document(s) 36 , 37 ). Responses due by 7/18/2023. Filed by Sosun Bae of U.S. Department of Justice on behalf of All Defendants.(Bae, Sosun) (Entered: 06/27/2023) |

| | | |
|---|---|---|
| 06/27/2023 | 40 | Order entered on 6/27/2023 granting Motion for extension of time to respond to motion. ORDERED that defendants file the response to plaintiff's motion to supplement by July 24, 2023.(Related Doc # 39 ). (Cheevers, Casey) (Entered: 06/27/2023) |
| 06/28/2023 | 41 | Transcript of Oral Argument held on 6/21/2023 filed with court. Pursuant to Administrative Order 08-01 re: the redaction of personal data identifiers. Notice of Intent to Redact Deadline due 7/5/2023. Redaction Request due 7/19/2023. Redacted Transcript Deadline set for 7/31/2023. Release of Transcript Restriction set for 9/26/2023. (Hugh, Lewis) (Entered: 06/28/2023) |
| 07/24/2023 | 42 | Response to motion *to supplement* (related document(s) 37 ). Filed by Sosun Bae of U.S. Department of Justice on behalf of United States.(Bae, Sosun) (Entered: 07/24/2023) |
| 10/05/2023 | 43 | Confidential Slip-Op. 23-146 entered on 10/5/2023. (related document(s) 42 , 37 ) (Hugh, Lewis) (Entered: 10/05/2023) |
| 10/05/2023 | 44 | Letter filed by Judge Timothy M. Reif concerning *the Public Version of Slip Op. 23-146. Response to Court Order due by October 10, 2023*. (Hugh, Lewis) (Entered: 10/05/2023) |
| 10/05/2023 | 45 | Response to Court's Request/Order . Filed by Sosun Bae of U.S. Department of Justice on behalf of All Defendants. (Bae, Sosun) (Entered: 10/05/2023) |
| 10/05/2023 | 46 | Letter *re: Confidential Information in Slip Op*. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Bond, David) (Entered: 10/05/2023) |
| 10/10/2023 | 47 | Order Entered On 10/10/2023, Public Version of Slip-Op. 23-146: Denying in part plaintiff's Motion to Supplement the Administrative Record concerning five categories of documents and ordering defendants to provide an explanation concerning the remaining category. Accordingly, it is hereby ORDERED that plaintiff's motion to supplement the record is denied for Document Categories 1 and 6 on the ground that plaintiff's request to supplement the administrative record has been satisfied by defendants, and plaintiff's motion to supplement the administrative record is denied for Document Categories 3, 4 and 5. ORDERED that defendants explain their position as to Document Category 2 within 30 days of this order. Defendants' supplemental explanation should not exceed 1,000 words and should address the aforementioned apparent inconsistency. ORDERED that plaintiff respond to defendants' supplemental explanation within 21 days. Plaintiff's response to defendants' explanation should not exceed 1,000 words. (related document(s) 43 ) (Hugh, Lewis) (Entered: 10/10/2023) |
| 11/06/2023 | 48 | Response to Court's Request/Order *re Motion to Supplement*. Filed by Sosun Bae of U.S. Department of Justice on behalf of United States. (Bae, Sosun) (Entered: 11/06/2023) |
| 11/14/2023 | 49 | Response to Court's Request/Order *re: Administrative Record*. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC. (Bond, David) (Entered: 11/14/2023) |
| 12/01/2023 | 50 | Notice of Supplemental Authority filed. . Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC.(Bond, David) (Entered: 12/01/2023) |
| 12/07/2023 | 51 | Order entered on 12/7/2023 Slip Op. 23-171: Concluding that the court lacks subject matter jurisdiction and inviting parties to file motions within 21 days of this opinion to transfer the action to the appropriate district court. For the reasons discussed, the court does not have subject matter jurisdiction over the instant action and invites parties to file within 21 days of this opinion and order a motion to transfer. 28 U.S.C. § 1631. In the motions to transfer, the court directs parties to indicate which district court has jurisdiction over the underlying action. Absent parties' confirmation of their view as to the proper district court for transfer of this action, the court will enter a dismissal of the action and judgment will enter accordingly. (related document(s) 25 ) (Hugh, Lewis) (Entered: 12/07/2023) |
| | | |

| | | |
|---|---|---|
| 12/22/2023 | 52 | Unopposed Motion to transfer action to District Court for the Southern District of Florida . Responses due by 1/12/2024. Filed by David Edward Bond of White & Case, LLP on behalf of Southern Cross Seafoods, LLC.(Bond, David) (Entered: 12/22/2023) |
| 12/27/2023 | 53 | Order entered on 12/27/2023 granting motion to transfer action to another court. Upon consideration of the Unopposed Motion to Transfer filed by plaintiff, Southern Cross Seafoods LLC, ("Southern Cross"), it is hereby ORDERED that Southern Cross's Motion is hereby granted; and it is further ORDERED that the proceedings in Southern Cross Seafoods, LLC, v. United States, Court No. 22-00299, are hereby transferred to the United States District Court for the Southern District of Florida. (Related Doc # 52 ). (Hugh, Lewis) (Entered: 12/27/2023) |
| 12/27/2023 | 54 | Letter filed by Scott Warner, Operations Manager, concerning *transfer of this case to the U.S. District Court for the Southern District of Florida*. (Warner, Scott) (Entered: 12/27/2023) |