# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 24-60040-CIV-LEIBOWITZ/Hunt

SOUTHERN CROSS SEAFOODS, LLC,

               Plaintiff,

    v.

UNITED STATES, *et al.*,

               Defendants.

**DECLARATION OF HEATHER NICOTRI**

I, Heather Nicotri, declare and state as follows:

1.      I am a Special Agent with the National Marine Fisheries Service (NMFS) Office of Law Enforcement (OLE).

2.      My responsibilities include enforcement of the Antarctic Marine Living Resources Convention Act and its implementing regulations. In particular, I was involved in the seizure and disposition of a shipment of 109 cartons of frozen toothfish (*Dissostichus spp.*) (container # SEKU9142150) imported without preapproval, following NMFS's September 15, 2022, denial of Southern Cross Seafoods' application for a preapproval to import the shipment. This declaration is based on information within my personal knowledge and available to me in my official capacity.

3.      On October 6, 2022, the shipment of toothfish was detained in Port Everglades, Florida, by U.S. Customs and Border Protection (CBP) at NMFS's request. The Notice of Detention is attached to this Declaration as Exhibit A.

4.      On October 10, 2022, Southern Cross Seafoods informed me that it had sought destruction of the toothfish since it had not received preapproval. CBP Form 3499 seeking destruction is attached to this Declaration as Exhibit B.

5.      On October 13, 2022, after being advised by CBP that its regulations did not allow for destruction of the fish, I informed Southern Cross Seafoods that NMFS would be seizing the fish and issued Southern Cross Seafoods a Notice of Seizure. Daniel Thomas sent me

a letter dated October 15, 2022, responding to the Notice of Seizure and stating that Southern Cross Seafoods agreed to abandon its interest in the toothfish. Attached to the letter was a copy of the Notice of Seizure containing his signature under the Notice of Seizure Acknowledgment and Waiver of Claim and Voluntary Abandonment sections and dated October 17, 2022. After Southern Cross Seafoods abandoned its interest in the toothfish, the toothfish was forfeited to NMFS. The letter and signed Notice of Seizure are attached to this Declaration as Exhibit C.

6.      On or about November 15, 2022, NMFS disposed of the toothfish, in accordance with regulations at 15 C.F.R. § 904.509. The Seized Property and Evidence Disposal Form is attached to this Declaration as Exhibit D.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 21, 2025, in Sunrise, Florida.

Heather.Nicotri    2025.03.21 19:11:24 -04'00'

Heather Nicotri

2

# Exhibit A

| 1. Held for other agency? Yes ☑ No ☐ | DEPARTMENT OF HOMELAND SECURITY | No. 2060642 |
|---|---|---|

Name of Agency: NOAA

2. Certified Mail No.

3. Investigative Case No.

**DETENTION NOTICE AND CUSTODY RECEIPT FOR DETAINED PROPERTY**

Handbook 5200-09

4. General Order No.

5. Exodus Command Center Notified?
☐ Yes   ☑ No
Date:        Time:

| 6. Port Code 5203 | 7. Date of Detention (mm/dd/yyyy) 10/6/22 | 8. Time (Use 24 Hours) 1505 | 9. Entry Number N/A |
|---|---|---|---|

10. Detained from: Southern Cross Seafood LLC

Name: 28227 Kailee's Ct

Address: Spring, TX

Telephone No. ▓▓▓▓▓▓▓▓

11. Seal or Other ID No.

12. Misc. Nos.

13. Remarks: Cont # SEKU9142150

14. FPF No. (For DHS Lab Use Only)

15. Point of Contact Information - Send all correspondence to: CBPO Acosta

Telephone No. (▓▓▓▓▓▓▓▓

16. Additional Information/Action Request from Importer/Exporter/Subject

17. Reason for Detention: NOAA Determination

18. Tests or Inquiries to be Conducted:

**19. PROPERTY** (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurement Qty. | d. Measurement UM | e. Est. Dom. Value | f. Samples Sent to DHG Lab | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Frozen Patagonian Toothfish | 109 | | ea | | $ | Yes | No | / / |
| | | | | | | $ | Yes | No | / / |
| | | | | | | $ | Yes | No | / / |
| | | | | | | $ | Yes | No | / / |

20. Detaining Officer Name

Print: F. Acosta

Signature

Date: 10/6/22

**21. ACCEPTANCE/CHAIN OF CUSTODY**

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Shipments may be detained for up to 30 days, unless statutory authority or interagency agreement mandates that a longer period of time is required, or the importer/exporter/subject requests a longer detention period through the Port Director.

DHS 6051A Continuation Sheet Attached? Yes ☐ No ☐

Previous editions are obsolete

DHS Form 6051D (08/09)

## Detention Notice and Custody Receipt for Detained Property

### BLOCK DESCRIPTIONS (Fill in all sections that apply)

| | | |
|---|---|---|
| 1. | Held for other agency | Enter an "X" in the appropriate box to indicate yes or no.  If yes, provide agency name. |
| 2. | Certified Mail No. | Enter number from Post Office receipt. |
| 3. | Investigative Case No. | Enter OI Investigative Case Number or IA File Number Only. |
| 4. | General Order No. | Enter the 15 digit General Order Number. |
| 5. | Exodus Command Center | Enter an "X" on the appropriate box to indicate yes or no.  If yes, provide date and time. (Export detentions only) |
| 6. | Port Code | Enter the Port Code. |
| 7. | Date of Detention | Enter date of detention in month/day/year. |
| 8. | Time | Enter time of incident in 24-hour format (e.g. 1600). |
| 9. | Entry No. | Enter the Entry Number. |
| 10. | Detained from | Enter the name, address and telephone number of the person whose property has been detained. |
| 11. | Seal or Other ID No. | Enter Baggage Claim Number, Evidence Bag Number, DHS seal, or any other identification attached to the property. |
| 12. | Misc. Nos. | Enter other agency case number, for example. |
| 13. | Remarks | Enter any remarks which may be relevant or which may be of assistance in storing or maintaining the property.  Reference any previous DHS 6051D number. |
| 14. | FPF No. | Enter the FPF Number. **(For DHS Lab Use Only)** |
| 15. | Point of Contact Information | Enter the local CBP office, SAIC, Port, or FPF address and telephone number, as appropriate. |
| 16. | Additional Information | Enter the information and/or action request from party-in-interest. |
| 17. | Reason for Detention | Enter explanation of why the item(s) is/are being detained. |
| 18. | Tests or Inquiries to be Conducted | Enter the process being conducted to determine if item(s) is/are in violation. |
| 19. | **Property** | Enter information in items 19a through 19f. |
| 19a. | Line Item No. | Enter group items by tariff number or SEACATS category code.  Line item number corresponds to the line item number in SEACATS. |
| 19b. | Description | Enter brief description of detained item. |
| 19c. | Packages | Enter the number and type of packaging containing the property. (e.g. BX=box, BA=bale, EN=envelope) |
| 19d. | Measurement | The block contains the quantity of the detained item given in the units of measure entered in the Unit of Measurement block. For NARCOTICS, the net weight is entered. |
| 19e. | Estimated Domestic Value | Enter the estimated domestic value of the item seized. |
| 19f. | Samples Sent to Lab | Enter an "X" in the box to determine if a sample was sent to the DHS Lab and list the date sent. |
| 20. | Detaining Officer Name | Enter printed name of detaining officer, sign and date (first officer taking custody of the property).  This initiates the Chain of Custody for all items described in Block 19.  Signature is for **ALL** line items, including any DHS 6051A continuation sheet(s). |
| 21. | **Acceptance/Chain of Custody** | |
| 21a. | Line Item No. | Enter the line item number(s) from Block 19 being accepted. (e.g. 1,2,3 and 5; or 1-3, 5) |
| 21b. | Description | Enter item(s) being accepted.  The word "ALL" or equivalent is **NOT** acceptable. |
| 21c. | Print Name | Enter the name/title/organization of the individual accepting custody of item(s). |
| 21d. | Signature | Have individual accepting custody of item(s) sign in this block. |
| 21e. | Date | Enter date custody is accepted. |

# Exhibit B



DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

OMB APPROVAL NO. 1651-0006
EXPIRES: 05-31-2020

## APPLICATION AND APPROVAL TO MANIPULATE, EXAMINE, SAMPLE OR TRANSFER GOODS

19 CFR 19.8, 19.11, 158.43

| 1. GOODS CONSIGNED TO *(Name)*<br>Southern Cross Seafoods LLC. | 2. GOODS EXPORTED FROM<br>Falkland Islands | 3. PORT/PORT CODE AND DATE OF APPLICATION<br>Port Everglades, FL 5203<br>10/10/2022 |
|---|---|---|
| 4. LOCATION OF GOODS<br>Florida International Terminal N751 | 5. CARRIER OR SHIP *(Name)*<br>CMA CGM CONTSHIP PAX<br>0AGA7S1MA | 6. BILL OF LADING OR CBP 7512 NO.<br>CMDULPL1164212<br>SUGBFKPSY2211414 |
| 7. IS AREA BONDED?<br>[X] Yes   [ ] No | 8. ENTRY INFORMATION<br>[ ] Warehouse   [ ] Consumption | Number: N/A<br>Date: |

PERMISSION IS REQUESTED TO *(Describe the complete operation to be performed under CBP supervision on the goods listed below)*:
Product will be discarded into a dumpster/compactor followed by pouring bleach on the product. This will render the product unfit for consumption and inedible.

| | | FOR CBP USE ONLY |
|---|---|---|
| **9. MARKS AND NUMBERS** | **10. DESCRIPTION** | **11. MANIPULATED VALUE** |
| Southern Cross Seafoods<br>Container: SEKU9142150<br>Seal: 1580451 | Frozen Patagonian Toothfish Cheeks<br>61 Cartons<br>Net: 1375.9 kg Gross: 1444.22 kg<br>Value: $6879.5 | |
| Southern Cross Seafoods<br>Container: SEKU9142150<br>Seal: 1580451 | Frozen Patagonian Toothfish Collars 0-1 kg<br>48 Cartons<br>Net: 1041.16 kg Gross: 1094.92 kg<br>Value: $5205.8 | |
| | | |
| | | |
| | | |
| | | |
| | Please Contact:<br>Jonathan Lieberman, New York Customs Brokers Inc<br>Email: ▮▮▮▮▮   Phone: ▮▮▮▮▮ | |

| 12. SIGNATURE OF APPLICANT | *[signature]* | Jonathan Lieberman<br>cn=Jonathan Lieberman, o=New York Customs Brokers Inc.,<br>ou, email=<br>c=US<br>2022.10.10 12:58:15 -04'00' |
|---|---|---|

### APPROVED

| 13. DATE | 14. SIGNATURE AND TITLE OF APPROVING CBP OFFICER |
|---|---|
| | |

*See Page 2 for the Customs and Border Protection Officer's Report and the Paperwork Reduction Act Notice.*

## CUSTOMS AND BORDER PROTECTION OFFICER'S REPORT

**MANIPULATION COMPLETED AS REQUESTED:  When goods are repacked the CBP (warehouse) officer will report hereon the marks and numbers of packages repacked and the marks and numbers of packages and the weights or gauge of same after repacking.**

Date:

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

CBP OFFICER NAME AND TITLE

**PAPERWORK REDUCTION ACT STATEMENT:** An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0006. Obligation to respond is required to obtain benefits. The estimated average time to complete this application is 6 minutes. If you have any comments regarding the burden estimate you can write to  PRA Clearance Officer, U.S. Customs and Border Protection, Office of Regulations and Rulings, 90 K Street NE, Washington DC 20229.

# Exhibit C

October 15, 2022

Heather Lynn Nicotri – Special Agent
NOAA NMFS Office of Law Enforcement
NMFS/OLE/Southeast Division
263-13th Avenue South, Ste. 109
St. Petersburg, FL 33710
(727) 824-5344

**Re:   Southern Cross Seafood LLC – Response to Notice of Seizure**

Dear Special Agent Nicotri:

On behalf of Southern Cross Seafood LLC ("SCS"), I respond to the Notice of Seizure issued on October 13, 2022 (Incident Number 2205813).  SCS agrees to voluntarily abandon the 2,417.06 kilograms of Patagonian Toothfish referenced in the Notice of Seizure and its rights, title, and interest in the property.  In doing so, SCS does not waive any claim relating to SCS's right to import Patagonian Toothfish under the Conservation of Antarctic Marine Living Resources Convention and the Antarctic Marine Living Resources Conservation Act.  SCS disagrees with the underlying decision by NMFS to deny SCS's import pre-approval application and has filed a lawsuit in the U.S. Court of International Trade challenging it.  I have attached the signed acknowledgment and abandonment sections of the notice of seizure to this letter.

Sincerely,

Dan Thomas
Southern Cross Seafood LLC

UNITED STATES DEPARTMENT OF COMMERCE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

## NOTICE OF SEIZURE

To: _____

Southern Cross Seafood LLC

*(Name of Party with Interest in Seized Property)*

A.  **TAKE NOTICE** that on October 13, 2022 at Port Everglades, duly authorized agents of the U.S. Department of Commerce, National Oceanic & Atmospheric Administration (NOAA), National Marine Fisheries Service (NMFS) or of the U.S. Coast Guard **seized** 2,417.06 kgs of Patagonian Toothfish for violation of the *(check the appropriate box)*:

☐ Magnuson Stevens Fishery Conservation and Management Act    ☐ Marine Mammal Protection Act
☐ Endangered Species Act    ☐ National Marine Sanctuaries Act
☐ Northern Pacific Halibut Act    ☒ Antarctic Marine Living Resources Conservation Act
☐ Lacey Act

The seized property, which is subject to forfeiture to the United States, *(check the appropriate boxes)*:

☒ is in the custody of the ☒ National Marine Fisheries Service   ☐ U.S. Coast Guard.

☐ being perishable, was sold by the NOAA, National Marine Fisheries Service on Enter Month Day, 20Enter for $Click HERE to enter amount, pursuant to 15 C.F.R. §904.505. The proceeds of the sale of the seized property will be deposited in a NOAA suspense account or with the U.S. District Court pending disposition of this matter.

B.  NOAA intends to seek forfeiture of the seized proceeds administratively or in the U.S. District Court. To seek forfeiture of the seized proceeds, NOAA will issue a NOTICE OF PROPOSED FORFEITURE (NOTICE), which will 1) describe the seized property; 2) state the time, place and reason for the seizure; and 3) describe the rights of an interested person to file a claim to the property/proceeds (including the rights to file a motion to stay administrative forfeiture proceedings and to petition to remit or mitigate the forfeiture). Pursuant to 18 U.S.C. § 983(a)(2), any person claiming the seized proceeds may then file a claim with NOAA, at the address indicated in the NOTICE, within 35 days of the date the NOTICE was mailed, or, if the mailed NOTICE was not received, not later than 30 days after the date of final publication of the NOTICE. Finally, you may petition for remission or mitigation of the forfeiture, as provided in 15 C.F.R. § 904.506, to the below address.

C.  As a prospective claimant to the seized property, you may agree to the delay of immediate institution of forfeiture proceedings until any related administrative (e.g., civil penalty) or judicial proceedings are concluded. Alternatively, you may waive any claim you have to the above property and voluntarily abandon the property. Either action may be completed by signing below and returning this document to:

| ☐ **NOTICE OF SEIZURE REPLY** | ☒ **NOTICE OF SEIZURE REPLY** | ☐ **NOTICE OF SEIZURE REPLY** |
|---|---|---|
| NMFS/OLE/Northeast Division | NMFS/OLE/Southeast Division | NMFS/OLE/Pacific Islands Division |
| 55 Great Republic Dr., Ste. 02-300 | 263-13ᵗʰ Avenue South, Ste. 109 | 1845 Wasp Blvd., Bldg. 176 |
| Gloucester, MA 01930 | St. Petersburg, FL 33710 | Honolulu, HI 96818 |
| (978) 281-9213 | (727) 824-5344 | (808) 725-6100 |
| | | |
| ☐ **NOTICE OF SEIZURE REPLY** | ☐ **NOTICE OF SEIZURE REPLY** | |
| NMFS/OLE/West Coast Division | NMFS/OLE/Alaska Division | |
| 7600 Sand Point Way, NE | P.O. Box 21767 | |
| Seattle, WA 98115 | Juneau, AK 99802 | |
| (206) 526-6113 | (907) 586-7225 | |

Incident Number: 2205813

Authorized Officer Signature: NICOTRI.HEATHER.LYNN. _____ Digitally signed by NICOTRI.HEATHER.LYNN.▇▇▇ Date: 2022.10.13 08:10:12 -04'00'   Date: 10/13/2022

Printed Name: Heather Nicotri    Agency: NOAA Office of Law Enforcement

## NOTICE OF SEIZURE ACKNOWLEDGEMENT

I, the undersigned, acknowledge receipt of this notice.  In addition, I have listed below the names of other parties whom I believe may have an interest in the property.

_____     _____
Signature                                               Date     17 Oct 22

## AGREEMENT TO DELAY FORFEITURE PROCEEDINGS

I agree to the delay of forfeiture proceedings until the conclusion of all related administrative or judicial proceedings, and hereby waive any requirement for immediate institution of forfeiture proceedings, including that limitation imposed pursuant to 19 USC § 1621.

_____     _____
Signature                                               Date

## WAIVER OF CLAIM AND VOLUNTARY ABANDONMENT

I hereby voluntarily relinquish, abandon, waive, and transfer to the United States Government all of my rights, title and interest in the above-reference property.  I hereby waive any claim in the property and/or the proceeds from the property described above, and waive any claim against NOAA or its duly authorized agents arising from the disposition of such property and proceeds.

_____     _____
Signature                                               Date     17 Oct 22

## NAME OF ANY PARTY WITH AN INTEREST IN THE SEIZED PROPERTY (PLEASE PRINT CLEARLY):

_____     _____     _____
Name / Company                               Interest (if known)                Email or phone number

_____     _____     _____
Name / Company                               Interest (if known)                Email or phone number

_____     _____     _____
Name / Company                               Interest (if known)                Email or phone number

_____     _____     _____
Name / Company                               Interest (if known)                Email or phone number

# Exhibit D

| U.S. DEPARTMENT OF COMMERCE, NOAA NATIONAL MARINE FISHERIES SERIVCE OFFICE OF LAW ENFORCEMENT | SEIZED PROPERTY AND EVIDENCE DISPOSAL FORM | NOAA CASE NUMBER: SE2205813 | EVIDENCE ITEM #: **E** 2200364 |
|---|---|---|---|

| SEIZURE TAG #: SE2205813 | DATE OF SEIZURE: 10/13/2022 | REGULATION CITE VIOLATED: 16 USC 2435(2) |
|---|---|---|

**LOCATION OF SEIZURE:**
Port Everglades, Florida

**PERSON/ENTITY SEIZED FROM**

| NAME (Last, First MI): Southern Cross Seafood, LLC | OTHER KNOWN CLAIMANT(S): |
|---|---|
| ADDRESS: 28227 Kailees Ct. Spring, TX 77386-2053 | |

**DESCRIPTION OF PROPERTY ITEM(S)** (Species, Makes, Models, Quantities, Serial Numbers)

2417.06 kilograms of Patagonian Toothfish in 109 boxes.

**DISPOSITION**

| | | DATE: | DOLLAR VALUE: | | ESTIMATE | ACTUAL |
|---|---|---|---|---|---|---|
| | RETURNED TO OWNER | DATE: | DOLLAR VALUE: | | ESTIMATE | ACTUAL |
| | RETURNED TO SEA | DATE: | DOLLAR VALUE: | | ESTIMATE | ACTUAL |
| | OFFICIAL USE BY GOVT | DATE: | DOLLAR VALUE: | | ESTIMATE | ACTUAL |
| ✓ | DONATED | DATE: | DOLLAR VALUE: $ 26,554.66 | ✓ | ESTIMATE | ACTUAL |
| | SOLD | DATE: | DOLLAR VALUE: | | ESTIMATE | ACTUAL |
| | DESTROYED | DATE: | DOLLAR VALUE: | | ESTIMATE | ACTUAL |

**PROPERTY STATUS**

ABANDONED: ☑ YES ☐ NO      FORFEITED: ☑ YES ☐ NO      CAFRA: ☐ YES ☑ NO

| RETURNED OWNER (Name and Contact Info) | DONATED TO (Name and Contact Info) | LOCATION OF DESTRUCTION (Physical Address or Lat/Lon) | SOLD TO (Name and Contact Info) |
|---|---|---|---|
| | Metropolitan Ministries 2002 N. Florida Ave. Tampa, FL 33602 ██████████ | | |

| Attorney Concurrence Received Joseph Heckwolf/ Enforcement Attorney GCES | DISPOSED BY: NICOTRI.HEATHER. LYNN.████ Digitally signed by NICOTRI.HEATHER.LYNN.████ Date: 2022.11.15 16:09:35 -05'00' | WITNESS (Destruction Only): |
|---|---|---|
| Attorney's Name / Office (GCES, DOJ, USAO) | Signature | Date | Signature | Date |
| *REQUIRED AS PER 15 CFR 904 – SUBPART F* | Heather Nicotri, Special Agent Print Name | Title | Print Name | Title |